# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARILYN MITCHELL, *Deceased*, and MICHAEL W. MITCHELL, *Special Administrator*, <br><br> Plaintiffs, <br><br> v. <br><br> STEAK N SHAKE ENTERPRISES, INC., <br><br> Defendant. | Case No. 3:17-cv-00409-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY DECLARED** that the apportionment of responsibility in this case is as follows: 100% to plaintiffs MARILYN MITCHELL, Deceased, and MICHAEL W. MITCHELL, Special Administrator; and 0% to defendant STEAK N SHAKE ENTERPRISES, INC.

**IT IS ACCORDINGLY ORDERED AND ADJUGDED** that the plaintiffs are not entitled to damages in this case.

DATED:  July 8, 2019

                                          **MARGARET M. ROBERTIE,**
                                          **Clerk of Court**

                                          **BY:**   s/Tina Gray
                                                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**